IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Brian Bazinet - 1:21-cv-06351-RLY-TAB<br>Kenneth Doran - 1:20-cv-06208-RLY-TAB<br>Antonio Quistian - 1:21-cv-06347-RLY-TAB | |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

NOW COMES the above-captioned Plaintiffs who respectfully request permission to withdraw the attorney appearance of Katelyn E. Richardson and for such would show the Court as follows:

1.  Plaintiffs were initially represented by both Katelyn E. Richardson and Basil E. Adham of Johnson Law Group.

2.  Katelyn E. Richardson has subsequently left the law firm of Johnson Law Group.

3.  Basil E. Adham and Johnson Law Group continue to represent Plaintiffs in each respective matter.

4.  As such, Plaintiffs seek an Order from the Court withdrawing Katelyn E. Richardson as counsel of record in each respective matter.

5.  Plaintiffs have approved the withdrawal.

6.  This withdrawal is not requested for purposes of delay and will not prejudice any party.

WHEREFORE, Plaintiffs pray that this Honorable Court GRANT Plaintiffs' Motion to Withdraw Attorney Appearance, removing Katelyn E. Richardson as counsel of record for Plaintiffs.

DATED: January 31, 2023                     Respectfully Submitted,

/s/ Basil E. Adham
Basil E. Adham (TX Bar No. 2408172)
**JOHNSON LAW GROUP**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Phone: (713) 626-9336
ivc@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

**DATED**: January 31, 2023  /s/ *Basil E. Adham*
Basil E. Adham