IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Brian Bazinet - 1:21-cv-06351-RLY-TAB<br>Kenneth Doran - 1:20-cv-06208-RLY-TAB<br>Antonio Quistian - 1:21-cv-06347-RLY-TAB | |

### ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

Plaintiffs' Motion to Withdraw Attorney Appearance of Katelyn E. Richardson is GRANTED, it is therefore,

ORDERED that Katelyn E. Richardson is withdrawn as attorney of record for Plaintiffs Brian Bazinet, Kenneth Doran, and Antonio Quistian effective immediately. Basil E. Adham and Johnson Law Group shall continue to serve as counsel of record for Plaintiffs.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana